1040

No. 10–10332.   WARD *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 10–10343.   QUINONEZ *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 10–10346.   SIMMONS *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 10–10348.   RODRIGUEZ *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 10–10349.   CORTES-MEZA, AKA CORTES MEZA *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 10–10353.   SHELBY *v.* WHITEHOUSE ET AL.   C. A. 7th Cir. Certiorari denied.

No. 10–10359.   HERRERA-SIFUENTES *v.* UNITED STATES. C. A. 5th Cir.   Certiorari denied.

No. 10–10360.   INFANTAS-SALAS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 10–10363.   GRAHAM *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 10–10364.   GONZALEZ-MOLINA *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 10–10366.   ROBLES-PANTOJA *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 10–10367.   SAVELYEV *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 10–10369.   BALLESTEROS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 10–10372.   BASHEER *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 10–10375.   GARRIGOS-DIAZ *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 10–10376.   JARAMILLO-HOYOS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.